J. Wilbur Lupton, administrator of the estate of Lowell Gene Lupton, deceased, appellee, v. H. A. Bonser, appellant. Gen. No. 9,004.

Opinion filed January 15, 1937.

Hogan & Coale, for appellant; Scott Hoover, of counsel. John J. Baker, for appellee.

Mr. Justice Riess delivered the opinion of the court.

Charles Elmer Phillips, appellee, v. The Travelers Insurance Company, Hartford, Conn., appellant. Gen. No. 9,012.

Opinion filed January 15, 1937. Rehearing denied April 6, 1937.

Provine & Williams and Amos M. Pinkerton, for appellant. Monroe & Allen, for appellee.

Mr. Justice Riess delivered the opinion of the court.

Nelson Weber, trading as Weber's Garage, appellee, v. Interstate Dispatch, Inc., appellant. Gen. No. 9,017.

Opinion filed January 15, 1937.

Hodges & Tragethon, for appellant. Gerald G. Ginnaven, for appellee.

Mr. Justice Riess delivered the opinion of the court.